UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABRUM SARSFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:24-cv-02795-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: October 17, 2024

                                                                                       _____<br>
                                                                                       JOHN D. EARLY<br>
                                                                                       United States Magistrate Judge